

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

September 27, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    LANG SR., WILLIE D.    /Case # 03-18896
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $50.53. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s)

    Claimant  Direct TV    Amount $    50.53 Claim Register #    8

Very truly yours,

JOHN H. RING, III
Trustee

JHR/pls
Enc.

